IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, AIS #224802,<br>    Plaintiff,<br><br>v.<br><br>NURSE NORRIS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO. 11-00321-KD-M<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 23, 2011 is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **19th** day of **September 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**